UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  3:09-md-02100-DRH-PMF )  )  MDL No. 2100 ) |

**This Document Relates To:**

*Angela Underwood v. Bayer HealthCare Pharmaceuticals Inc., et al.*        No. 3:10-cv-10386-DRH-PMF

*Kimberly White v. Bayer HealthCare Pharmaceuticals Inc., et al.*        No. 3:10-cv-11467-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on January 23, 2013, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
          **Deputy Clerk**

Dated:  January 25, 2013

Digitally signed by
David R. Herndon
Date: 2013.01.25
08:46:29 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT